IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERRARD D. JONES,

      Appellant,

v.

J. W. STRAIN, AND FLORIDA
DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-597

Opinion filed December 4, 2017.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, Judge.

Gerrard D. Jones, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., CONCUR.